OPINION — AG — ** MENTAL ILLNESS — COMMITMENT — PROCEDURE ** (1) THE EMERGENCY DETENTION PROCEDURE FOR THOSE REQUIRING TREATMENT FOR MENTAL ILLNESS, DRUG DEPENDENT PERSONS AND ALCOHOL DEPENDENT PERSONS, SET FORTH IN 43A O.S. 52.1 [43A-52.1] IS SUPPLEMENTAL TO AND DOES NOT REPEAL OR SUPERCEDE THE INVOLUNTARY COMMITMENT PROCEDURES SET FORTH IN 43A O.S. 54.4 [43A-54.4] AND 43A O.S. 671 [43A-671] ET SEQ., AND 63 O.S. 2126.1 [63-2126.1] (2) THE DISTRICT ATTORNEY IS `NOT' AUTHORIZED TO FUNCTION AS A PETITIONER UNDER 43A O.S. 52.1 [43A-52.1] (3) THE DISTRICT ATTORNEY IS OBLIGATED AND REQUIRED TO REPRESENT THE STATE IN COURT PROCEEDING REQUIRED BY 43A O.S. 52.1 [43A-52.1] (INSANITY MENTAL HEALTH, SANITY PETITION, SANITY HEARING TREATMENT, EMERGENCY DETENTION, CLINIC) CITE: 43A O.S. 52.1 [43A-52.1], 43A O.S. 52.1 [43A-52.1](G) 43A O.S. 52.1 [43A-52.1](I), 43A O.S. 52.1 [43A-52.1](I)(1) 43A O.S. 52.1 [43A-52.1](I)(2), 43A O.S. 52.1 [43A-52.1](M) 43A O.S. 52.1 [43A-52.1](N), 43A O.S. 54 [43A-54] 43A O.S. 54.4 [43A-54.4], 43A O.S. 54.4 [43A-54.4](B) 43A O.S. 55 [43A-55], 43A O.S. 55.1 [43A-55.1] 43A O.S. 671 [43A-671], 63 O.S. 2126.1 [63-2126.1] OPINION NO. 71-231, OPINION NO. 71-233, OPINION NO. 77-241 (WILLIAM H. LUKER)